November 30, 2007

Mr. John J. Hightower
Olson & Olson
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, TX 77019
Mr. Charles B. Frye
Lindeman, Alvarado & Frye, P.C.
808 Travis Avenue, Ste. 1101
Houston, TX 77002

RE: Case Number: 05-1023
 Court of Appeals Number: 10-04-00231-CV
 Trial Court Number: 02-10-07222-CV

Style: MONTGOMERY COUNTY, TEXAS
 v.
 DAVID PARK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Barbara |
| |Gladden-Adamick |
| |Ms. Sharri Roessler |
| |Mr. Ramon G. Viada III |
| |Mr. Scott Houston |
| |Mr. Ben Taylor |